IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Jeffrey York,                          )
                                       )    2:10-cv-00414-GEB-CMK
              Plaintiff,               )
                                       )
         v.                            )    ORDER RE: SETTLEMENT AND
                                       )    DISPOSITION
Pentagroup Financial, LLC,             )
                                       )
              Defendant.               )
_____        )

        Plaintiff filed a "Notice of Settlement" on March 28, 2011, in which he states: "this case has been settled in its entirety[, and t]he Parties anticipate filing a Joint Motion for dismissal of this action in its entirety with prejudice within 30 days." (ECF No. 16.)

        Therefore, a dispositional document shall be filed no later than April 27, 2011. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed.  See L.R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

///
///
///
///

1

The Final Pretrial Conference scheduled for June 27, 2011, will remain on calendar, in the event no dispositional document is filed, or if this action is not otherwise dismissed.[1]

IT IS SO ORDERED.

Dated:  March 30, 2011

GARLAND E. BURRELL, JR.
United States District Judge

---

[1]    Although the parties request all pending dates and filing requirements be vacated, the final pretrial conference will remain on calendar because the mere representation that a case has been settled does not justify vacating a scheduling proceeding. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).